# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Henry Taylor, Jr., ) | Case No. 2:18-cv-264-CMC-MGB |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| Assistant Director D. McGhaney, et al., ) | |
| Defendants. ) | |

Henry Taylor, Jr. ("Plaintiff") is a pretrial detainee at the Sumter-Lee Regional Detention Center located in Sumter, South Carolina. On January 25, 2018, he signed and mailed the Complaint in this civil action pursuant to 42 U.S.C. § 1983. The Complaint was entered in the docket on January 30, 2018. ECF No. 1. Plaintiff is proceeding *pro se* and *in forma pauperis.*

By Order of March 1, 2018 (ECF No. 6), Plaintiff was given twenty-one (21) days, plus three (3) days for mail time, from that date to bring this case into proper form, pursuant to General Order *In Re: Procedures in Civil Actions Filed by Prisoner Pro Se Litigants*, No. 3:07-mc-5014-JFA (D.S.C. Sept. 18, 2007). The Clerk of Court mailed a copy of the Order of March 1, 2017 to Plaintiff at his address of record: Sumter-Lee Regional Detention Center, 1250 Winkles Road,
Sumter, SC 29153. The mail in which the Order was sent to Plaintiff was not returned. The court has not received a response from Plaintiff. Despite being furnished with blank forms and instructions, Plaintiff failed to respond to the Proper Form Order or otherwise bring this case into proper form. Therefore, the court dismissed the case without prejudice on April 24, 2018. ECF No. 10.

However, on December 4, 2018, the court received a letter from Plainitf inquiring about the status of his case. ECF No. 14. He notes "it has been a significant amount of time in between me filing this claim and never receiving and or obtaining an answer which should, or would mean that I would be granted relief. Please let me know what is going on." *Id.* Based on this letter, it appears Plaintiff did not receive the orders of the court requesting he bring the case into proper form or dismissing the case for failure to prosecute. As Plaintiff did not have the opportunity to bring his case into proper form before it was dismissed, the court will vacate the order dismissing the case and allow Plaintiff 21 days from the entry of this order to bring his case into proper form. The Clerk is directed to re-send Plaintiff the proper form order at ECF No. 6 and the reference order granting his motion to proceed *in forma pauperis* (ECF No. 7). Plaintiff is notified that, if he fails to bring his case into proper form in the time allowed, it will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
December 6, 2018